UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE CO., et al.,

       Plaintiff(s),

                                       Civil No. 05-70718

v.

                                       JOHN CORBETT O'MEARA

MELISSA R. DeVAUGH et al.,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORGAN'S REPORT AND RECOMMENDATION

       The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

    **IT IS ORDERED** that the Court adopts Magistrate Judge Morgan's report and recommendation.

                                       s/John Corbett O'Meara
                                       John Corbett O'Meara
                                       United States District Judge

Dated:  April 3, 2006