UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE CO., et al.,

       Plaintiff(s),

                                   Civil No. 05-70718

v.

                                   JOHN CORBETT O'MEARA

MELISSA R. DeVAUGH et al.,

       Defendant(s).

_____/

## JUDGMENT

       This action came before the Court, Honorable John Corbett O'Meara, District Judge,

presiding, and the issues having been duly considered and a decision having been duly rendered,

       It is **ORDERED** and **ADJUDGED** that the Registers' motions for attorney's fees,

costs, and/or sanctions are **DENIED.**

                        s/John Corbett O'Meara
                        John Corbett O'Meara
                        United States District Judge

Dated:  April 3, 2006